FORM 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| DOMTAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | **S U M M O N S** |
| | ) | |
| v. | ) | Court No. 25-cv- 00213 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**  The Attorney General of the United States and
the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to
28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1.  Name and Standing of Plaintiff
    Plaintiff is Domtar Corporation ("Domtar"), a domestic producer of subject merchandise.
    Plaintiff participated as petitioner in the proceeding that led to the contested determination
    and is an interested party pursuant to 19 U.S.C. §1677(9)(C).  Plaintiff has standing to bring
    this action under 28 U.S.C. § 2631(c).

2.  Brief Description of Contested Determination
    Plaintiff contests certain aspects of the final results made by the International Trade
    Administration of the U.S. Department of Commerce in the second administrative review of
    the antidumping duty order on thermal paper from Germany.  The final results were
    published as *Thermal Paper From the Federal Republic of Germany: Final Results of
    Antidumping Duty Administrative Review; 2022–2023*, 90 Fed. Reg. 41810 (Dep't
    Commerce August 27, 2025).

3.  Date of Determination
    The final results were issued on August 21, 2025.  Plaintiff timely files this summons within
    thirty (30) days of the publication of the final results in the *Federal Register*.  *See* 19 U.S.C.
    § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).

4. <u>Date of Publication of Notice of Contested Determination</u>
   The final results were published in the *Federal Register* on August 27, 2025.


<u>September 26, 2025</u>                   */s/ Stephen J. Orava*
        Date                                 Stephen J. Orava
                                       SOrava@KSLAW.com

                                     King & Spalding LLP
                                     1700 Pennsylvania Avenue, NW
                                     Washington, DC  20006-4706
                                     (202) 737-0500

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch- Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Brett A. Shumate
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC  20230

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, DC  20230