UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 7A

DOMTAR CORPORATION,

                        Plaintiff,

    v.

UNITED STATES,

                       Defendant.

Court No. 25-cv-00213

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 10/21/2025

/s/ Stephen J. Orava
Attorney for Plaintiff

King & Spalding LLP, 1700 Pennsylvania Avenue, NW
Street Address

Washington, D.C. 20006
City, State and Zip Code

(202) 737-0500
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: October 21, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk